In the Matter of the Estate of AMANDUS WATTS, Deceased. LOUISE LIEBER, Appellant; LEWIS F. X. COTIGNOLA, as Preliminary Executor of AMANDUS WATTS, Deceased, et al., Respondents.—

878

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.